1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   ANTHONY E. MAINGOT
3  Assistant United States Attorney
   405 West Congress, Suite 4800
4  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
5  anthony.maingot@usdoj.gov
   Attorneys for Plaintiff

2010 APR 28 P 3 13

6

7                 UNITED STATES DISTRICT COURT

8                     DISTRICT OF ARIZONA

9          CR10-0915 TUC RCC; CRP

10  United States of America,           )
                                        )   I N D I C T M E N T
11              Plaintiff,              )
                                        )
12          v.                          )
                                        )
13  Mikado Nabob Thompson,              )   Violations:    21 USC § 846
        aka "Damian Richards,"          )   21 USC § 841(a)(1)
14      aka "Shotta";                   )   21 USC § 841(b)(1)(A)(vii)
    Gilbert Horace Thompson,            )   21 USC § 841(b)(1)(B)(vii)
15      aka "Gilly" aka "LeRoy";        )   21 USC § 841(b)(1)(C)
    Devon Hopkins;                      )   18 USC § 2
16  Paul L. Williams, aka "Friday,"     )   21 USC § 853
        aka "Garfield";                 )
17  Calvin Powell, aka "Bird,"aka "Coppa"; )  (Conspiracy to Possess with Intent
    Bruce Dwayne Oliver;                )   to Distribute Marijuana; Possession
18  Jesus Pacheco;                      )   with Intent to Distribute Marijuana;
    Casey Service, aka "Rick,"          )   Aiding and Abetting; Forfeiture)
19      aka "Ricky," aka "Dooka";       )
    Dondell Blue, aka "Blue";           )
20  Robert Ramon Stephens, aka "Quick," )   UNDER SEAL
    aka "Q";                            )
21  Devon Thompson, aka "Duane";        )
    Kurt Bressler,                      )
22                                      )
                                        )
23              Defendants.             )
    _____)

24

25

26

1   **THE GRAND JURY CHARGES:**

2                          <u>COUNT 1</u>

3          From on or about a time unknown to approximately December, 2009, in the

4   District of Arizona, and elsewhere, Mikado Nabob Thompson, aka "Damian Richards," aka

5   "Shotta"; Gilbert Horace Thompson, aka "Gilly," aka "LeRoy"; Devon Hopkins; Paul L.

6   Williams, aka "Friday," aka "Garfield"; Calvin Powell, aka "Bird,"aka "Coppa"; Bruce

7   Dwayne Oliver; Jesus Pacheco; Casey Service, aka "Rick," aka "Ricky," aka "Dooka";

8   Dondell Blue, aka "Blue"; Robert Ramon Stephens, aka "Quick," aka "Q"; Devon

9   Thompson, aka "Duane"; and Kurt Bressler, named herein as defendants and co-

10  conspirators, did knowingly and intentionally combine, conspire, confederate and agree

11  together and with other persons known and unknown to the grand jury, to possess with

12  intent to distribute 1,000 kilograms or more of marijuana, a Schedule I controlled

13  substance; in violation of Title 21, United States Code, Sections 841(a)(1) and

14  841(b)(1)(A)(vii).

15         All in violation of Title 21, United States Code, Section 846.

16                          <u>COUNT 2</u>

17         On or about November 16, 2008, at or near Tucson, in the District of Arizona,

18  and elsewhere, including but not limited to New Mexico, Mikado Nabob Thompson, aka

19  "Damian Richards," aka "Shotta"; Gilbert Horace Thompson, aka "Gilly," aka "LeRoy";

20  Casey Service, aka "Rick," aka "Ricky," aka "Dooka"; and Robert Ramon Stephens, aka

21  "Quick," aka "Q", did knowingly and intentionally possess with intent to distribute 100

22  kilograms or more but less than 1,000 kilograms of marijuana, that is, approximately 153

23  kilograms of marijuana, a Schedule I controlled substance, and did aid, abet, counsel,

24  command, induce, procure, and cause the same, in violation of Title 21, United States Code,

25  Sections 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, Section 2.

26

## COUNT 3

On or about December 1, 2009, at or near Tucson, in the District of Arizona, and elsewhere, including but not limited to Florida, Gilbert Horace Thompson, aka "Gilly," aka "LeRoy"; Devon Hopkins; Bruce Dwayne Oliver; and Kurt Bressler, did knowingly and intentionally possess with intent to distribute 50 kilograms or more but less than 100 kilograms of marijuana, that is, approximately 56 kilograms of marijuana, a Schedule I controlled substance, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 through 3 of this Indictment, defendants, Mikado Nabob Thompson, aka "Damian Richards," aka "Shotta"; Gilbert Horace Thompson, aka "Gilly," aka "LeRoy"; Devon Hopkins; Paul L. Williams, aka "Friday," aka "Garfield"; Calvin Powell, aka "Bird,"aka "Coppa"; Bruce Dwayne Oliver; Jesus Pacheco; Casey Service, aka "Rick," aka "Ricky," aka "Dooka"; Dondell Blue, aka "Blue"; Robert Ramon Stephens, aka "Quick," aka "Q"; Devon Thompson, aka "Duane"; and Kurt Bressler, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(a) all right, title and interest in (1) any property, real or personal, constituting or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the said violations, and (2) any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the said violations, including, but not limited to: $49,995.00 in United States currency.

(b) A sum of money equal to the amount of proceeds obtained as a result of the offenses, for which the defendants are jointly and severally liable. I f   a n y   o f   t h e above-described forfeitable property, as a result of any act or omission of the defendants:

1  (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold

2  to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the Court;

3  (4) has been substantially diminished in value; or (5) has been

4  commingled with other property which cannot be divided without difficulty; it is the intent

5  of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek

6  forfeiture of any other property of said defendants up to the value of the above forfeitable

7  property, including but not limited to all property, both real and personal, owned by the

8  defendants.

9        All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a),

10  Federal Rules of Criminal Procedure.

11

12                          A TRUE BILL

13  

14
            Presiding Juror
15

16                                   REDACTED FOR
                                     PUBLIC DISCLOSURE
17  DENNIS K. BURKE
    United States Attorney
18  District of Arizona
                                              APR 2 8 2010
19  A.M E. M~~~~

20  Assistant U.S. Attorney

21

22

23

24

25

26